IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
JUDGE WALKER D. MILLER

Civil Action No. 03-cv-01259-WDM-OES

WILLIAM MILLER and
MELISSA MILLER,

    Plaintiffs,

v.

STEVEN LEWIS, INDIVIDUALLY and d/b/a
LEWIS BROTHERS HOMES,

    Defendant.

## MINUTE ORDER

JUDGE WALKER D. MILLER
Jane Trexler, Secretary/Deputy Clerk

    The following minute order is entered by Judge Walker D. Miller:

    Plaintiffs' Motion to Strike Exhibits to the motion for summary judgment (Docket No. 77) is denied.

Dated:  September 30, 2005

                                                  /s/ Jane Trexler, Secretary/Deputy Clerk