IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
JUDGE WALKER D. MILLER

Civil Action No. 03-cv-01259-WDM-OES

WILLIAM MILLER and
MELISSA MILLER,

      Plaintiffs,

v.

STEVEN LEWIS, INDIVIDUALLY and d/b/a
LEWIS BROTHERS HOMES,

      Defendant.

---

**MINUTE ORDER**

---

JUDGE WALKER D. MILLER
Jane Trexler, Secretary/Deputy Clerk

      The following minute order is entered by Judge Walker D. Miller:

      The defendant's motion for trial in Durango (Doc. No. 90) is denied.  The trial preparation conference will be held **June 9, 2006, at 1:30 p.m.** in the Alfred A. Arraj United States Courthouse, 901 19th St. Courtroom A902.

Dated:  February 21, 2006

                           s/ Jane Trexler, Secretary/Deputy Clerk