IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Walker D. Miller

Civil Action No. 03-cv-01259-MEH

WILLIAM MILLER AND
MELISSA MILLER,

    Plaintiffs,

v.

STEVEN LEWIS, INDIVIDUALLY AND DBA LEWIS BROTHERS HOMES,

    Defendant.

---

## ORDER

---

    This matter was tried to a jury on plaintiffs' breach of contract and fraud claims. The jury found that plaintiffs had failed to prove both claims. Pursuant to law and my earlier ruling, the promissory estoppel claim is an equitable claim to be decided by me and not the jury, assuming the jury does not find in plaintiffs' favor on the breach of contract claim. *See Snow Basin, Ltd. v. Boettcher & Co.,* 805 P. 2d 1151 (Colo. App. 1990); *Scott Co. v. MK-Ferguson Co.,* 832 P.2d 1000 (Colo. App. 1991). Given the jury's verdict, I must decide plaintiff's promissory estoppel claim.

    The alleged promise upon which plaintiffs purportedly relied was for defendant to construct the home for a fixed price of $445,129.00. I find by a preponderance of the evidence that defendant made no such promise but instead only estimated the cost to complete the home on the plans presented as modified by the parties. Defendant could

not have reasonably expected that this estimate would be considered a fixed-price contract or would induce plaintiffs to act upon an alleged fixed-price contract. Under the total circumstances of this case, it was not reasonable for plaintiffs to rely on the estimate as a fixed price commitment or promise. Accordingly, I conclude that the plaintiffs have not proved their promissory estoppel claim.  *See Nelson v. Elway, 908 P.2d 102, 110 (Colo. 1995).*

Judgment shall enter in favor of defendant and against plaintiffs on plaintiffs' complaint and defendant may have his costs.

DATED at Denver, Colorado, on June 29, 2006.

                                                 BY THE COURT:

                                                 s/ Walker D. Miller
                                                 United States District Judge