IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
JUDGE WALKER D. MILLER

Civil Action No. 03-cv-01259-WDM-OES

WILLIAM MILLER and
MELISSA MILLER,

    Plaintiffs,

v.

STEVEN LEWIS, INDIVIDUALLY and d/b/a
LEWIS BROTHERS HOMES,

    Defendant.

## MINUTE ORDER

JUDGE WALKER D. MILLER
Jane Trexler, Secretary/Deputy Clerk

    The following minute order is entered by Judge Walker D. Miller:

    Doc. #146 - motion to strike - is denied as moot.

Dated:  June 29, 2006

                                              s/ Jane Trexler, Secretary/Deputy Clerk